Stewart.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRELL SCOTT VILLA STEWART, <br><br> Defendant. | CRIMINAL CASE NO 07-00063 <br><br> **INDICTMENT** <br><br> **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. § 841(a)(1)] <br> (Count I) <br> **FORFEITURE ALLEGATION** <br> [21 U.S.C. § 881(4)] <br> (Count II) |

THE GRAND JURY CHARGES:

<u>COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE</u>

On or about August 29, 2006, in the District of Guam, the defendant herein, DARYL SCOTT VILLA STEWART, did knowingly and intentionally distribute approximately .3944 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

<u>COUNT II - FORFEITURE ALLEGATION</u>

For his engagement in the violation alleged in Count I of this Indictment, punishable by imprisonment for more than one year, the defendant herein, DARYL SCOTT VILLA STEWART, shall forfeit to the United States all conveyances used and intended for the use, to

transport and in any manner to facilitate the transportation, sale, receipt, possession and concealment of controlled substances in violation of Title 21, U.S.C. § 841(a)(1), to-wit: one 2003 Mazda Protégé 3-door hatchback automobile, VIN JM1BJ245X31205914, all in violation of Title 21, United States Code, Section 881(4).

Dated this 25th day of July, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney