ORIGINAL

1  darrellstewartseal

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,           ) CRIMINAL CASE NO. 07-00063
                                       )
11            Plaintiff,               )
                                       )
12       vs.                           ) APPLICATION TO SEAL RECORD
                                       )
13 DARRELL SCOTT VILLA STEWART,        )
                                       )
14            Defendant.               )
   _____)

15

16      The United States moves this Honorable Court for an order sealing the record in the

17 above-entitled case for the reason that further investigation is still pending in this matter, which

18 may be hindered by making this cause available for public scrutiny.

19      Respectfully submitted this 25th day of July 2007.

20                                          LEONARDO M. RAPADAS
                                            United States Attorney
21                                          Districts of Guam and NMI

22
                                      By:  /s/ Karon V. Johnson
23                                          KARON V. JOHNSON
                                            Assistant U.S. Attorney