DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00063 |
| Plaintiff, | |
| vs. | |
| DARRELL SCOTT VILLA STEWART, | ORDER |
| Defendant. | |

     Upon application by the United States and pursuant to 21 U.S.C. § 853(f), the Clerk's Office is directed to issue a warrant authorizing the seizure of one 2003 Mazda Protege automobile, VIN JM1BJ245X31205914.

     IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Aug 03, 2007**