LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00063 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER SEALING RECORD** |
| DARRELL SCOTT VILLA STEWART, | ) | |
| Defendant. | ) | |

Through an application to seal record having come before the Court, and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record herein be sealed *nunc pro tunc* to July 25, 2007, until further order of the Court.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 07, 2007**