2  LEONARDO M. RAPADAS
United States Attorney
3  KARON V. JOHNSON
Assistant U.S. Attorney
4  Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

AUG - 7 2007

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00063 |
| Plaintiff, ) | **CRIMINAL SEIZURE WARRANT FOR ONE 2003 MAZDA PROTÉGÉ** |
| vs. ) | **AUTOMOBILE JM1BJ245X31205914** |
| DARRELL SCOTT VILLA STEWART, ) | |
| Defendant. ) | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF GUAM AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS,** an indictment has been returned by the Grand Jury charging a count of forfeiture concerning ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914; and whereas an Application for a Criminal Seizure Warrant has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

**NOW, THEREFORE,** we do hereby command that you seize the property, which is described as ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914, until further order of the Court respecting the same.

All persons claiming an interest in said property must file their claims, pursuant to Rule

-1-

C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days after the execution of the warrant or actual notice of this action, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the District of Guam.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

You are also commanded to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

DATED this AUG 3 day of July, 2007.

UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

Walter M. Tenorio
Deputy Clerk

I, Michelle Jong, hereby note the Criminal Seizure Warrant was executed on the 6th day of August, 2007 on registered owner, Darrell Stewart at his place of residence Hillside Apartments, Apt. 307, Harmon, Guam.

_____
MICHELLE JONG
DEA Special Agent
8/6/07

RECEIVED
JUL 25 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-