LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>DARRELL SCOTT VILLA STEWART,<br><br>                Defendant. | CRIMINAL CASE NO. 07-00063<br><br>**ORDER TO DISMISS INDICTMENT** |

The United States' Motion to Dismiss the Indictment, with prejudice, as to defendant, DARRELL SCOTT VILLA STEWART, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Aug 10, 2007**